## VERDICT FORM

We, the jury, find the defendant Kristin Dougherty ___guilty___ of
(~~guilty~~/not guilty)

the crime of participating in a racketeering enterprise as defined in Instruction No. __19__.

If you find the defendant guilty under Instruction No. __19__ beyond a reasonable doubt, check the predicate acts you unanimously found to have been proven with respect to Kristin Dougherty.

Inducing an Alien to Enter the United States Illegally ✓

Wire Fraud Alleged to Have Been Committed on July 2, 2008

or ✓

Wire Fraud Alleged to Have Been Committed on July 7, 2008

_[signatures]_

10/26/10
DATE

## VERDICT FORM

We, the jury, find the defendant Kristin Dougherty ___guilty___ of
(guilty/not guilty)

the crime of wire fraud alleged to have been committed on July 7, 2008, as

defined in Instruction No. ___27___.

_[signatures]_
_[signatures]_
_[signatures]_
_[signatures]_
_[signatures]_
_[signatures]_
_[signatures]_

10/28/10
DATE

**VERDICT FORM**

We, the jury, find the defendant Kristin Dougherty ___guilty___ of
(guilty/not guilty)

the crime of conspiracy to participate, directly or indirectly, in the affairs of an

enterprise through a pattern of racketeering activity as defined in Instruction No. __20__.

_[signatures of twelve jurors]_

10/28/10
DATE