# UNITED STATES DISTRICT COURT
## WESTERN  DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Ortrie D. Smith

UNITED STATES OF AMERICA                    Case No: 09-00143-04-CR-W-ODS
vs.                                          Date: 04/27/2011
KRISTIN DOUGHERTY                            Defendant No: 04
    Plaintiff Counsel                     Defendant Counsel

    Bill Meiners & Willaim Alford          Nathan Owings
    Time Commenced:  9:30 a.m.             Time Terminated: 12:20 p.m.

-------------------------------------------------------------------------------------------------------------------

_____ Interpreter Sworn.

__X__ Evidence: Plaintiff presented evidence from 9:39 a.m. until 11:34 a.m.

__X__ Witness: Travis Glaser 9:39 - 11:16 a.m.       Bakhrom Ikramov 11:36 - 11:34 a.m.

_____ There are NO objections to the P.S.I. OR the Guideline Range.

__X__ There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed
with the Court:    The Court overruled Defendant's objections to paragraphs 17, 35 67
and 98.  The Court overruled Defendant's objections to the amount of loss and adopted
the figures in the PSI report, the Court overruled the Defendants objection to paragraph
152, and the Court overruled the amount of victims and adopts the PSI report.

Total Offense Level: 29 Criminal History Category: I  Imprisonment Range: 87 to 108 months
Special Assessment: $300.00   Supervised Release Range: 2 to 3 years
Fine Range: $15,000.00 to $150,000.00
Restitution:        OR Not Applicable: X

The Defendant is sentenced to Count(s): 1 , 2 and 120 of the Superseding Indictment .

_____   Motion is filed by the U.S. Government for Downward Departure.

_____  The Court grants said motion.

_____  Other Motions:

__X__ Defense counsel statement.  Government statement.  Defendant statement.
   .

INCARCERATION:

__X__The Court hereby orders the defendant to serve the following term of incarceration with
the FBP: 60 months on Counts 1, 2, and 120, to be served concurrently .

__X__ The imposed sentence shall run CONCURRENTLY to all counts.

_____ Defendant is hereby remanded to the custody of U.S. Marshal.

__X__ Defendant is allowed to surrender on 06/20/2011 by 2:00 p.m

PROBATION:

_____ The Court hereby orders the defendant to serve the following term of Probation.

SUPERVISED RELEASE:

__X__ The Court hereby orders the defendant to the following term of Supervised Release:
    3 years on Counts 1, 2, and 120, the terms to run concurrently.

Court Reporter: Cynthia Johnson                    Eva Will-Fees, Courtroom Deputy

FINE:
_____ The Court imposes the following fine:
__X__ Fine Waived.
_____ Count(s) fine applicable to:_____.

RESTITUTION:
_____ The Court imposes the following Restitution:
__X___          Not Applicable.
_____ Waived.

SPECIAL ASSESSMENT:
__X__ The Court imposes the following Special Assessment: $300.00

RECOMMENDATIONS:
__X__ The Court makes the following recommendations to the FBP:   Upon application, the
        defendant be allowed to participate in the 500 Hour Intensive Substance Abuse Program.
        The defendant be designated to a facility as close to the St. Louis, MO area as possible.

_____ The Court Denies the Defendant Federal Benefits for a term of _____ pursuant to
        _____.

_____ Upon oral Motion of the U.S. Govt. the following Counts are dismissed:

__X__  The Court advises the Defendant he/she has 14 days to appeal.